Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 69174.—James W. George Machinery Co. v. United States, protest 63/17425 (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of circular saws the same in all material respects as those the subject of *United States* (*Lansen-Naeve Corp., a/c Albert Klingelhofer, Party in Interest*) v. *Simon Saw & Steel Company* (51 CCPA 33, C.A.D. 834), the claim of the plaintiff was sustained.

No. 69175.—R. W. Smith v. United States, protest 63/17544 (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of circular saws the same in all material respects as those the subject of *United States* (*Lansen-Naeve Corp., a/c Albert Klingelhofer, Party in Interest*) v. *Simon Saw & Steel Company* (51 CCPA 33, C.A.D. 834), the claim of the plaintiff was sustained.

No. 69176.—The Rembar Co., Inc. v. United States, protests 64/1978, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of integral, necessary components of electrical X-ray apparatus or instruments, which are not X-ray tubes or parts thereof, the claim of the plaintiff was sustained.

No. 69177.—S. Nakashima, Inc., et al. v. United States, protests 62/5132, etc. (New York).